**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**SIONE PAUU, ,**<br><br>    Defendant. | Case No.: 14-cv-2960 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS** |

Plaintiff Unum Life Insurance Company of America and Defendant Sione Pauu are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, October 6, 2014,** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **9:00 a.m. on Monday, October 6, 2014**, the parties shall file: (1) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement; and (2) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities.

**IT IS SO ORDERED.**

Date: October 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**