# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIONE PAUU<br><br>　　　　　Defendant. | Case No.: 14-CV-2960 YGR<br><br>**ORDER GRANTING STIPULATION TO PERMIT DEFENDANT TO DELAY FILING OF RESPONSIVE PLEADING TO ATTEMPT INFORMAL DISCOVERY AND RESOLUTION** |

Defendant Sione Pauu and Plaintiff Unum Life Insurance Company of America through their respective counsel of record hereby stipulate that Defendant Sione Pauu may delay filing of a responsive pleading to the First Amended Complaint until January 30, 2015 in order to allow the parties to pursue informal discovery and to attempt case resolution through a court-appointed mediator.  Informal discovery shall include, but is not limited to, evidence in the form of historical and current records such as banking statements, wage statements, tax filings, asset and property records (including assets held by Mr. Pauu in other countries) which demonstrate the disposition of the insurance benefits at issue, and Mr. Pauu's capability of repaying those insurance benefits.   Plaintiff may request an informal interview with Mr. Pauu to explain the documentation and to explain Mr. Pauu's ability to pay the amount of any potential judgment in this action.

The parties further understand and agree that if Plaintiff is not satisfied with the results of informal efforts to obtain relevant discovery from Defendant, Plaintiff may provide written notice to the Court that it withdraws this stipulation, and then Defendant shall file a responsive

pleading within two weeks of the filing of the notice.  Unless such notice is provided, Defendant's responsive pleading shall be filed by January 30, 2015.

Dated:  November 6, 2014                    RIMAC MARTIN

By: */s/ Grant E. Ingram*
    Grant E. Ingram
    Attorneys for Plaintiff
    Unum Life Insurance Company of America

Dated:  November 6, 2014                    PHILIP KEITH

By:  */s/ Philip Keith*
    Philip Keith
    Attorney for Defendant
    Sione Pauu

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: November 6, 2014

_____
United States District Judge
Hon. Yvonne Gonzalez Rogers