| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | ANNA M. MARTIN – State Bar No. 154279 |
| | amartin@rimacmartin.com |
| 3 | GRANT E. INGRAM – State Bar No. 242785 |
| | gingram@rimacmartin.com |
| 4 | 1051 Divisadero Street |
| 5 | San Francisco, CA  94115 |
| | Telephone:  (415) 561-8440 |
| 6 | Facsimile:   (415) 561-8430 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 9 | PHILIP KEITH (State Bar No. 39200) |
| 10 | psk@pkeithlaw.com |
| | 354 Pine Street, Third Floor |
| 11 | San Francisco, CA 94104 |
| | Phone: (415) 433-1790 |
| 12 | Fax: (415) 986-4056 |
| 13 | |
| | Attorney for Defendant |
| 14 | SIONE PAUU |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# """""""""""GWTGMC DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) ) ) | Case No.: 14-CV-2960 YGR *PIX+ |
| | ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** |
| Plaintiff, | ) ) | |
| v. | ) ) | **Hon. Nandor J. Vadas** |
| | ) | **Complaint Filed:  June 26, 2014** |
| SIONE PAUU | ) ) ) | |
| Defendant. | | |

CASE NO.14-CV-2960 YGR        1        STIPULATION TO CONTINUE STATUS CONFERENCE

Defendant Sione Pauu and Plaintiff Unum Life Insurance Company of America through their respective counsel of record hereby stipulate that the status conference scheduled for Tuesday, December 16, 2014 be continued to December 30, 2014 to allow the parties to pursue informal discovery.

Defendant Sione Pauu left the United States on a preplanned vacation trip to Tonga before the informal discovery agreed upon by the parties could be provided.  Mr. Pauu is scheduled to return to the United States about December 12, 2014.  This will not allow sufficient time for the parties to obtain and exchange the documents and information prior to the scheduled status conference.

The parties agreed previously that if Plaintiff is not satisfied with the results of informal efforts to obtain relevant discovery from Defendant, Plaintiff may provide written notice to the Court that defendant's responsive pleading shall be due within two weeks of the filing of the notice or, in any event, no later than January 30, 2015.

Dated:  December 12, 2014                    RIMAC MARTIN

                                             By: /s/ Grant E. Ingram
                                                 Grant E. Ingram
                                                 Attorneys for Plaintiff
                                                 Unum Life Insurance Company of America

Dated:  December 12, 2014                    PHILIP KEITH

                                             By:  /s/ Philip Keith
                                                 Philip Keith
                                                 Attorney for Defendant
                                                 Sione Pauu

IT IS SO ORDERED
Dated:         F gego dgt"37."4236"

                                             United States Magistrate Judge
                                             Hon. Nandor J. Vadas

CASE NO.14-CV-2960 YGR                    2                    STIPULATION TO CONTINUE STATUS
                                                                                   CONFERENCE